# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs

ROBERT DEWAYNE MAYFIELD

**NOTICE**

Case Number: CR-25-054-SLP
USM Number: 66251-511

**Defendant is detained at Grady County.**

| Type of Case | __X__ **CRIMINAL** |

### TAKE NOTICE

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: U.S. Courthouse
Courtroom #304
200 N.W. 4th Street
Oklahoma City, OK   73102

**DATE AND TIME**

**September 17, 2025, at 1:30 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

TYPE OF PROCEEDING:     **SENTENCING**

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place: U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK   73102

**Date and Time Previously Scheduled**

_____JUDGE SCOTT L. PALK_____

August 14, 2025
Date

_____s/ Lori Gray_____
BY DEPUTY CLERK

AUSA (Ellis)
Craig M. Hoehns
USM
USPO (Wallace)